```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JULIO ARMANDO RODRIGUEZ-BOUCHE
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-08-265-FCD
                                   )
13               Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                   ) STATUS CONFERENCE
14       v.                        )
                                   )
15  JULIO ARMANDO RODRIGUEZ-BOUCHE,) Date: December 1, 2008
                                   ) Time: 10:00 a.m.
16               Defendant.        ) Judge: Frank C. Damrell, Jr.
    _____)
17
```

18       It is hereby stipulated between the parties, Daniel S. McConkie,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, JULIO

21  ARMANDO RODRIGUEZ-BOUCHE, that the status conference hearing date of

22  November 10, 2008 be vacated and continued to December 1, 2008 at 10:00

23  a.m.

24       This continuance is requested as negotiations are continuing

25  between the parties and additional time is needed for defense

26  investigation.

27       It is further stipulated that the period from November 10, 2008

28  through and including December 1, 2008 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

```
Dated:  November 7, 2008            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Lauren D. Cusick
                                    LAUREN D. CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JULIO ARMANDO RODRIGUEZ-BOUCHE


Dated:  November 7, 2008            MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Lauren D. Cusick for
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney
                                    per telephonic authorization
```

**O R D E R**

IT IS SO ORDERED.

Dated: November 7, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE