```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JULIO ARMANDO RODRIGUEZ-BOUCHE
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-08-265-FCD
                                   )
13            Plaintiff,           )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
14       v.                        )
                                   )
15  JULIO ARMANDO RODRIGUEZ-BOUCHE,)  Date:  January 12, 2009
                                   )  Time:  10:00 a.m.
16            Defendant.           )  Judge: Frank C. Damrell, Jr.
    _____)
17
```

18       It is hereby stipulated between the parties, Daniel S. McConkie,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, JULIO

21  ARMANDO RODRIGUEZ-BOUCHE, that the status conference hearing date of

22  December 1, 2008 be vacated and continued to January 12, 2009 at 10:00

23  a.m.

24       This continuance is requested as negotiations are continuing

25  between the parties and additional time is needed for defense

26  investigation.

27       It is further stipulated that the period from December 1, 2008

28  through and including January 12, 2009 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  November 26, 2008           Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                   Federal Defender

                                                   /s/ Lauren D. Cusick
                                                   LAUREN D. CUSICK
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   JULIO ARMANDO RODRIGUEZ-BOUCHE

Dated:  November 26, 2008           MCGREGOR W. SCOTT
                                                   United States Attorney

                                                   /s/ Lauren D. Cusick for
                                                   DANIEL S. McCONKIE
                                                   Assistant U.S. Attorney
                                                 per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: November 26, 2008

_____
FRANK C. DAMRELL, JR.
United States District Judge